No. 204. SOUTH FORK BREWING COMPANY, M. F. MURPHY, GEORGE J. BREISINGER ET AL. v. UNITED STATES.  Appeal from the Circuit Court of Appeals for the Third Circuit.  Argued March 9, 1926.  Decided March 15, 1926.  *Per Curiam.*  Affirmed upon the authority of

*Washington Securities Co.* v. *United States,* 234 U. S.
76, 78; *Baker* v. *Schofield,* 243 U. S. 114, 118; *Southern
Ry. Co.* v. *Puckett,* 244 U. S. 571, 574; *Piedmont & G. C.
Coal Co.* v. *Seaboard Fisheries Co.,* 254 U. S. 1, 13. *Mr.
David V. Cahill,* with whom *Mr. Joseph A. Burdeau*
was on the brief, for appellants. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr.
Arthur W. Henderson* for the United States.